GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Jesus Lopez

**ORIGINAL**

FILED
JUL 16 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jesus Lopez, for himself and as the Guardian ad Litem for Edgar Lopez, Alexandra Lopez and Gretsandy Lopez, his minor children

Plaintiffs,

vs.

Contra Costa Regional Medical Center and County of Contra Costa,

Defendants.

CV 12 3726 LB

**Complaint for Violation of EMTALA and for Medical Negligence**

**Demand for jury trial**

1. Jurisdiction

The court's jurisdiction to hear this case arises from 42 U.S.C. §1331 and the fact that the defendants violated decedent's rights pursuant to 42 U.S.C. § 3955dd because they did not transfer the decedent to another hospital when it was required to do so.

2. Intradistrict Assignment

The defendants are the Contra Costa Regional Medical Center and the County of Contra Costa. The plaintiff is a residence of Contra Costa County and assignment to the San Francisco or Oakland branch is requested.

///

///

1

Complaint for Violation of EMTALA and for Medical Malpractice

## FIRST CLAIM FOR RELIEF

1. At all times relevant, the Contra Costa Regional Medical Center was owned and operated by the County of Contra Costa, and is a hospital governed by the provisions of 42 U.S.C. § 3955dd.

2. The plaintiffs are Jesus Lopez and Jesus Lopez, Guardian ad Litem for his minor children. Plaintiff, for himself and his minor children, submitted a claim to the County of Contra Costa which was rejected on March 13, 2012.

3. Plaintiff, Jesus Lopez, for himself and as guardian ad litem for his children, avers that on or around September 29, 2011, Sandra Lopez was admitted to the Contra Costa Regional Medical Center for the delivery of her third child, Gretsandy Lopez.

4. The Contra Costa Regional Medical Center made the diagnosis that Sandra Lopez had Pre-eclampsia, Eclampsia and another serious condition called HELLP syndrome which stands for hemolysis, elevated liver enzymes and low platelet count.

5. Following the diagnosis of Pre-eclampsia, Eclampsia and HELLP syndrome, the defendants ordered that Mrs. Lopez be transferred to the Intensive Care Unit at the Contra Costa Regional Medical Center. Mrs. Lopez was not transferred to the Intensive Care Unit because it was full. In the several hours immediately following the delivery of Gretsandy Lopez and when it was discovered that Sandra Lopez could not be transferred to the Intensive Care Unit because it was full, Sandra Lopez' condition was not stabilized within the meaning of EMTALA.

7. Pursuant to 42 U.S.C. § 3955dd, the defendants were required to transfer Sandra Lopez to another hospital but they did not.

8. As a direct and proximate result of the failure to transfer Sandra Lopez to another hospital, she died.

9. Plaintiff, Jesus Lopez, and his children have been damaged by Sandra Lopez' death in that they have has lost the care, comfort, society and emotional support they received from her along with the financial support and household services she provided. The exact amount of these damages is currently not known but is in excess of $5,000,000.00.

Complaint for Violation of EMTALA and for Medical Malpractice

## SECOND CLAIM FOR RELIEF

9. Plaintiffs re-allege and incorporate by this reference, paragraphs 1 through 5 of the first claim for relief as though set forth fully herein.

10. Defendants, or its agent(s), employed physicians, nurses and other staff who provided care, treatment and other services to Sandra Lopez. All of their negligent acts were performed in the course and scope of their employment or other relationship with the defendants.

11. Defendants and its physicians, nurses and other staff failed to provide the care and treatment required by the standard of care for the treatment of Pre-eclampsia, Eclampsia and HELLP syndrome. In addition, they failed to advise Sandra Lopez and her husband, in accordance with the applicable standard of care, that she had been diagnosed with Pre-eclampsia when she delivered her second child and they failed to monitor her pregnancy for Pre-eclampsia.

12. As a direct and proximate result of the aforesaid breaches of the standard of care, Jesus Lopez and his minor children have been damaged in that they have has lost the care, comfort, society and emotional support they received from Sandra Lopez along with the financial support and household services she provided. The exact amount of these damages is currently not known but is in excess of $750,000.00.

## DEMAND FOR RELIEF

1. Plaintiffs pray for general and special damages in the first claim for relief in the amount of $5,000,000.00;

2. Plaintiffs pray for general and special damages in the second claim for relief in the amount of $750,000.00;

## REQUEST FOR JURY TRIAL

Plaintiffs ask that the facts be decided by a jury.

Dated: July 12, 2012

_Geoffrey Becker_
Geoffrey Becker
Attorney for Jesus Lopez

---

3

Complaint for Violation of EMTALA and for Medical Malpractice