GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Jesus Lopez

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Lopez, for himself and as the Guardian ad Litem for Edgar Lopez, Alexandra Lopez and Gretsandy Lopez, his minor children<br><br>Plaintiff,<br><br>vs.<br><br>Contra Costa Regional Medical Center and County of Contra Costa,<br><br>Defendants. | C 12-03726 LB<br><br>**Second Amended Complaint for Violation of EMTALA and for Medical Negligence**<br><br>**Demand for jury trial** |

1. Jurisdiction

The court's jurisdiction to hear this case arises from 42 U.S.C. §1331 and the fact that the defendants violated decedent's rights pursuant to 42 U.S.C. § 3955dd.

2. Intradistrict Assignment

The defendants are the Contra Costa Regional Medical Center and the County of Contra Costa. The plaintiff is a resident of Contra Costa County and assignment to the San Francisco or Oakland branch is requested.

///

///

1

Second Amended Complaint for Violation of EMTALA and for Medical Malpractice

## FIRST CLAIM FOR RELIEF

1. At all times relevant, the Contra Costa Regional Medical Center was owned and operated by the County of Contra Costa, and is a hospital governed by the provisions of 42 U.S.C. § 3955dd, also known as "EMTALA".

2. The plaintiff is Jesus Lopez, for himself and as Guardian ad Litem for his minor children. Plaintiff submitted a claim to the County of Contra Costa on account of the wrongful death of his wife, Sandra Lopez, which was rejected on March 13, 2012.

3. Plaintiff avers that on September 29, 2011, at or around 11:05 p.m., Sandra Lopez went to the defendants' labor and delivery department in active labor.

4. Thirty minutes later, staff at the Contra Costa Regional Medical Center knew that Sandra Lopez was suffering from an emergency medical condition, as defined by EMTALA, which is known as HELLP, HEMOLYSIS, ELEVATED LIVER ENZYME AND LOW PLATELET COUNT. Approximately ten minutes later, Sandra Lopez gave birth to Gretsandy Lopez and shortly thereafter, the physician who delivered the baby was informed that Sandra Lopez was suffering from HELLP. Approximately two and a half, 2 ½, hours later, Sandra Lopez was admitted to the defendants' hospital postpartum floor.

5. The aforesaid hospital admission was not made in good faith in order to stabilize Sandra Lopez' emergency medical condition. Prior to and at the time Sandra Lopez was admitted to the defendants' hospital postpartum floor, defendants knew that they did not have the staff and facility to stabilize her emergency medical condition and that so long as Sandra Lopez was an inpatient at defendants' hospital, her emergency medical condition could not be stabilized.

6. The aforesaid hospital admission was a substantial factor in bringing about Sandra Lopez' death.

7. Plaintiff, Jesus Lopez, and his children have been damaged by Sandra Lopez' death in that they have has lost the care, comfort, society and emotional support they received from her along with the financial support and household services she provided. The exact amount of these damages is currently not known but is in excess of $5,000,000.00.

2

Second Amended Complaint for Violation of EMTALA and for Medical Malpractice

## SECOND CLAIM FOR RELIEF

8. Plaintiff re-allege and incorporate by this reference, paragraphs 1 through 6 of the first claim for relief as though set forth fully herein.

9. Defendants, or its agent(s), employed physicians, nurses and other staff who provided care, treatment and other services to Sandra Lopez. All of their negligent acts were performed in the course and scope of their employment or other relationship with the defendants.

10. Defendants and its physicians, nurses and other staff failed to provide the care and treatment required by the standard of care for the treatment of Pre-eclampsia, Eclampsia and HELLP syndrome. In addition, they failed to advise Sandra Lopez and her husband, in accordance with the applicable standard of care, that she had been diagnosed with Pre-eclampsia when she delivered her second child and they failed to monitor her pregnancy for Pre-eclampsia.

11. As a direct and proximate result of the aforesaid breaches of the standard of care, Jesus Lopez and his minor children have been damaged in that they have has lost the care, comfort, society and emotional support they received from Sandra Lopez along with the financial support and household services she provided. The exact amount of these damages is currently not known but is in excess of $750,000.00.

## DEMAND FOR RELIEF

1. Plaintiff prays for general and special damages in the first claim for relief in the amount of $5,000,000.00;

2. Plaintiff prays for general and special damages in the second claim for relief in the amount of $750,000.00;

## REQUEST FOR JURY TRIAL

Plaintiff asks that the facts be decided by a jury.

Dated: November 5, 2012

_____
Geoffrey Becker
Attorney for Jesus Lopez

3

Second Amended Complaint for Violation of EMTALA and for Medical Malpractice