UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS LOPEZ, for himself and as Guardian ad Litem for EDGAR LOPEZ, ALEXANDRA LOPEZ, AND GRETSANDY LOPEZ, his minor children,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA REGIONAL MEDICAL CENTER AND COUNTRY OF CONTRA COSTA,<br><br>Defendants.<br>_____/ | No. C 12-3726 LB<br><br>**ORDER TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

Plaintiff Jesus Lopez in his individual capacity, and as Guardian ad Litem for his three minor children, is suing Defendants Contra Costa Regional Medical Center and County of Country Costa (together, "CCRMC") under the Emergency Medical Treatment and Active Labor Act ("EMTALA") and for medical malpractice after Sandra Lopez, Jesus Lopez's wife, died after giving birth at CCRMC. ECF No. 21.

On September 24, 2013, Defendants moved for summary judgment. *See* ECF No. 33. The parties have fully briefed the summary judgment motion. *See* Opp'n, ECF No. 34; Reply, ECF No. 36. The motion is set for hearing on November 21, 2013.

Upon reviewing the moving papers, it appears that the parties have not complied with the undersigned's standing order, which requires the following:

Motions for summary judgment shall be accompanied by a joint statement of the material facts that the parties agree are not in dispute. The joint statement shall include – for each undisputed fact – citations to admissible evidence. The parties shall comply with the procedures set forth in Civil Local Rule 56-2(b). The parties may not file – and the Court will not consider – separate statements of undisputed facts. Failure to stipulate to an undisputed fact without a reasonable basis for doing so may result in sanctions. *See* Civil L.R. 56-2(b).

*See* Judge Beeler's Standing Order, ECF No. 2-1 at 3-4. Accordingly, the court orders the parties to meet and confer to prepare a joint statement of undisputed facts. Defendants should file the joint statement by noon on October 25, 2013 and also should e-mail a word-processible version of it to the court's proposed orders inbox at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 21, 2013

LAUREL BEELER
United States Magistrate Judge

C 12-3726 LB
ORDER
2