UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS LOPEZ, for himself and as the Guardian ad Litem for EDGAR LOPEZ, ALEXANDRA LOPEZ, and GRETSANDY LOPEZ, his minor children,<br><br>           Plaintiff,<br>       v.<br><br>CONTRA COSTA REGIONAL MEDICAL CENTER and COUNTY OF CONTRA COSTA,<br><br>           Defendants.<br>_____/ | No. C 12-03726 LB<br><br>**ORDER** |

The court issues this order (which it meant to do in December after the last case management conference) to document the current dates:

| Case Event | Date |
|---|---|
| Fact Discovery Completion Date and Expert Disclosures (EMTALA claim) | 1/16/2014 |
| Plaintiff's Opposition Brief Due | 1/31/2014 |
| Defendants' Reply | 2/7/2014 |
| Summary Judgment Hearing | 2/20/2014, 9:30 a.m. |
| Fact Discovery Completion Date (Malpractice Claim) | 3/27/14 |
| Expert discovery completion date | 3/27/2014 |
| Last hearing date for dispositive motions and/or further case management conference | 5/1/2014, at 9:30 a.m. |

ORDER (C 12-03726 LB)

| Meet and confer re pretrial filings | 7/1/2014 |
|---|---|
| Pretrial filings due | 7/10/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 7/17/2014 |
| Final Pretrial Conference | 7/31/2014, at 11:00 a.m. |
| Trial | 8/11/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

As discussed at the last case management conference in December 2013, the court set a pre-motions discovery cut-off for all EMTALA discovery because CCRMC filed an early summary judgment motion arguing that as a matter of law, it has no liability under EMTALA. *See* 11/18/13 Order, ECF No. 40 at 2. Again as discussed at the last case management conference in December 2013, the court also allowed the parties to stipulate about expert disclosure deadlines. *See* ECF No. 52. The court raised concerns at the December conference about Plaintiffs' not designating an EMTALA expert and the court's determination that the EMTALA record needed to be complete before it could address the summary judgment motion. The parties thereafter addressed the issue in their stipulation at ECF No. 52, which provided for Plaintiffs' disclosure of any EMTALA expert needed for the summary judgment hearing by January 16, 2014.

**IT IS SO ORDERED**.

Dated: February 18, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 12-03726 LB)                    2