GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net

Attorney for Plaintiff, Jesus Lopez

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Lopez, for himself and as the Guardian ad Litem for Edgar Lopez, Alexandra Lopez and Gretsandy Lopez, his minor children<br><br>Plaintiffs,<br><br>vs.<br><br>Contra Costa Regional Medical Center and County of Contra Costa,<br><br>Defendants. | NO. CV12-03726 LB<br><br>**Application for Permission to Conduct Mediation Without Lead Defense Counsel**<br>ORDER |

The mediation date is scheduled for September 16, 2014. ADR Rule 6-10 (b) requires lead defense trial counsel to attend the mediation but W. David Walker is currently in trial and cannot attend the mediation. The parties now apply for permission to conduct the mediation without Mr. Walker's attendance. Counsel to ensure that appropriate defense representative are present.

Dated: September 12, 2012

Dated: September 15, 2014

*Geoffrey Becker*
Geoffrey Becker
Attorney for Jesus Lopez

John H. Dodd/Craddick, Candland & Conti
Contra Costa Regional Medical Center and
County of Contra Costa

APPROVED
/s/ LB
Judge Laurel Beeler

Application to Conduct Mediation Without Lead Defense Counsel