October 1, 2014

The Honorable Laurel Beeler
United States District Court
450 Golden Gate Ave., 15th Floor
San Francisco, California 94102

Re: Lopez v. CCRMC 12-03726

Dear Judge Beeler:

May the case management conference now set for October 16 be reset for a time after October 17 as I will be away and courtcall will be a problem?

Thank you very much.

Sincerely yours,

s/geoffrey becker

GEOFFREY BECKER

cc: David Walker
GB