W. DAVID WALKER (State Bar No. 069606)
CRADDICK, CANDLAND & Conti
A Professional Corporation
2420 Camino Ramon, Suite 202
San Ramon, CA 94583-4202
Telephone: (925) 838-1100
Facsimile: (925) 743-0729
E-mail: dwalker@ccclawfirm.com

Attorneys for Defendant(s),
CONTRA COSTA COUNTY (sued herein as
"CONTRA COSTA REGIONAL MEDICAL
CENTER AND COUNTY OF CONTRA COSTA")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ, for himself and as the Guardian ad Litem for EDGAR LOPEZ, ALEXANDRA LOPEZ and GRETSANDY LOPEZ, his minor children,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>CONTRA COSTA REGIONAL MEDICAL CENTER AND COUNTY OF CONTRA COSTA,<br><br>    Defendant(s). | Case Number: CV 12-03726 LB<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

The Case Management conference having been continued to October 30, 2014, the parties jointly submit this UPDATED JOINT CASE MANAGEMENT STATEMENT .

    1.    Following the mediation on September, further discussions have taken place and the parties have agreed to resume settlement discussions on October 27, 28 and/or 29. This meeting could not be scheduled sooner because of the unavailability of defense counsel and the claims representative who attended the

mediation and who will be in attendance at the resumed meeting(s).

2. The parties agree that the disclosure of expert witnesses and the exchange of reports, now set for November 10, 2014, ought to be continued to December 1, 2014 so as to facilitate settlement discussions.

3. The parties also agree that non-expert discovery ought to likewise be continued to December 1, 2014. Depositions are scheduled for October 22, 2014 and will have to be rescheduled because of defense counsel's unavailability.

Dated: October 8, 2014

"s"/Geoffrey Becker
GEOFFREY BECKER, Counsel for plaintiff

Dated: October 8, 2014     "s"/W. David Walker
W. DAVID WALKER, Counsel for defendant

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE