October 17, 2014

The Honorable Laurel Beeler
United States District Court
450 Golden Gate Ave., 15th Floor
San Francisco, California 94102

       Re: Lopez v. CCRMC 12-03726

Dear Judge Beeler:

      Pending the approval by the Contra Costa County Board of Supervisors which is not expected before November 4, a settlement has been reached. The case management conference is now set for October 30 and we ask that it be continued so that we can report as to the board action.

                                    Sincerely yours,

                                    "s"/geoffrey becker

                                    GEOFFREY BECKER

cc: David Walker
GB