February 18, 2015

The Honorable Laurel Beeler
United States District Court
450 Golden Gate Ave., 15th Floor
San Francisco, California 94102

Re: Lopez v. CCRMC 12-03726

Dear Judge Beeler:

The stipulated dismissal was sent to opposing counsel and is ready to filed. Yesterday, we were informed that although all approvals have been obtained, an order allowing disbursement by the County is required and cannot be delivered until the next meeting which is scheduled for March 3.

May the time to file the dismissal be extended.

Sincerely yours,

"s"/geoffrey becker

GEOFFREY BECKER

cc: David Walker
GB